JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHERIE L. FRIESTH,

                Plaintiff,

      v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                Defendant.

Case No.  CV 16-3535-KES

**JUDGMENT**

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is reversed and this matter is remanded for further proceedings consistent with the Opinion.


DATED:  March 7, 2017


                                    _____
                                      KAREN E. SCOTT
                                      United States Magistrate Judge